IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 2:21-cr-00207 TLN |
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING COUNSEL** |
| HEE SOUNG OH, | |
| Defendant. | |

The court has received a financial affidavit and determined the appointment of counsel is appropriate. The defendant made an initial appearance in the Central District of California and will soon appear in this court. Michael Long is hereby appointed effective December 6, 2022, the date he was first contacted about the case.

Dated: December 9, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE