HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
HEE SOUNG OH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HEE SOUNG OH,<br><br>    Defendant. | No. 2:21-CR-207-TLN-3<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, HEE SOUNG OH, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On June 5, 2023, this Court sentenced Mr. Oh to a term of 33 months imprisonment on each of Counts 1 and 2, to be served concurrently, for a total of 33 months;

4. Mr. Oh's total offense level was 20, his criminal history category was I (having no criminal history points), and the resulting guideline range was 33 to 41 months;

5. The sentencing range applicable to Mr. Oh was subsequently lowered by the zero-point provision;

6. Mr. Oh is eligible for a reduction in sentence, which reduces his total offense level by 2 from 20 to 18, resulting in an amended advisory guideline range of 27 to 33 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Oh's term of imprisonment to 27 months on each of Counts 1 and 2, to be served concurrently, for a total term of 27 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 23, 2024

PHILLIP A. TALBERT
United States Attorney

 /s/  *Shelley D. Weger*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 23, 2024

HEATHER E. WILLIAMS
Federal Defender

 /s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
HEE SOUNG OH

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Oh is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 20 to 18, resulting in an amended guideline range of 27 to 33 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June 2023 is reduced to a term of 27 months on each of Counts 1 and 2, to be served concurrently, for a total term of 27 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Oh shall report to the United States Probation Office within seventy-two hours after his release.

Dated: January 24, 2024

_____
Troy L. Nunley
United States District Judge